

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00102-CV

## EX PARTE N.C.

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26744**

## ORDER

On March 22, 2017, this appeal was abated to the trial court to hold a hearing to determine a procedure whereby the legal rights of N.C. could be protected, including, if exceptional circumstances exist, the appointment of counsel pursuant to section 24.016 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 24.016 (West 2004); *Gibson v. Tolbert*, 102 S.W.3d 710, 712-13 (Tex. 2003). After the required hearing, the trial court appointed counsel for N.C.

Accordingly, this appeal is reinstated. N.C.'s brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal reinstated
Order issued and filed May 24, 2017

